# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR - 9 2006

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

**DEFENDANT'S NAME**

Henry Millis Banks

**VS**

**UNITED STATES OF AMERICA**

CR 70-234-TFH

**(CASE NUMBER & JUDGES INITIALS)**

## DEFENDANT'S MOTION TO EXPUNGE CRIMINAL RECORD

I am requesting your consideration at this time to expunge my previous record, so that I may continue to work as a Security Officer. I have become the father of five wonderful, God fearing children being raised within the boundaries of the law.

Cordially,

Henry Millis Banks

## CERTIFICATE OF SERVICE

I, Henry Banks, HAVE MAILED OR WILL MAIL A COPY OF THIS MOTION TO:
(U.S. ATTORNEY WHO REPRESENTED THE GVT.)
AND DATE YOU PUT IN MAIL TO GVT.