# CRIMINAL DOCKET
## United States District Court for the District of Columbia

CASE CLOSED

| PARTIES | ATTORNEYS | G. J. NO. | CRIMINAL NO. |
|---|---|---|---|
| UNITED STATES VS. HENRY W. BANKS (27) | U. S. ATTORNEY ~~Lyons~~ Kellogg<br><br>Sol Z. Rosen<br>539 Munsey Bldg. | Orig. | 234-70<br>~~ROBINSON, J.~~ GASCH<br><br>18 USC 1001; 42 USC (a); Forgery; 22 DCC 1401 |

DATE FILED | BOND:

**FILED**
MAR — 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| DATE | | PROCEEDINGS |
|---|---|---|
| 1970 Feb | 9 | ~~PRESENTMENT AND~~ INDICTMENT FILED   (28 Counts) |
| 1970 Mar | 2 | Memorandum re reassignment of case to Gasch, J. (Filed in Cr. 187-70) |
| 1970 Mar | 11 | ARR; PNG; deft. to 4/15/70 to file mos.; omnibus hearing 4:30, 4/23/70; Ref. BA PR bond. C/F Wm. Borders, Esq. Rep-D. Duschaine  GASCH, J. |
| 1970 Mar | 16 | BAIL AGENCY REPORT, FILED |
| 1970 Mar | 16 | B. A. R. of 3-11-70.   GASCH, J.; Rep-V. Marshall; |
| 1970 Apr | 23 | Called and B/W Ord. & Iss. GASCH, J.; Rep-D. Duscahaine, P. Harper |
| 1970 Jun | 30 | BW Issued 4-27-70 returned executed. Deft. Comm D.C. Jail  Comm. Issued. |
| 1970 Aug | 13 | Order dtd 8-12-70 apptg Sol Z. Rosen & leave to proceed fp.  DOYLE, M. |
| 1970 Oct | 30 | RPEORT trial date set for 1-18-70; deft rem; Reporter Duane Duschaine; Sol Rosen; attorney; GASCH, J. |
| 1970 Oct | 30 | Motion by the Govt to provide handwriting exemplars. c/s 10-27-70.filed Order granting motion of govt for handwriting samples of the deft. (N) GASCH, J. |
| 1970 Nov | 4 | BAIL AGENCY REPORT, filed. |
| 1970 Nov | 13 | P.N.G. W/D; PG. ent to ct one (18USC 1000); Ct 28 (22 D.C.C. 1401); Ref & Rem. Reporter-D. Duschaine, Sol Rosen, Atty. GASCH, J. |
| | | (CONTINUED) |

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. HENRY W. BANKS    Cr. No. 234-70    Supplemental Page No. 1

| DATE | PROCEEDINGS |
|---|---|
| 71Jan 27 | SENTENCED: One (1) Year to Five (5) Years on Count One (Vio. 18 USC 1001); One (1) Year to Five (5) Years on Count 28 (Vio. 22 DCC 1401), to run concurrently with sentence imposed on Count One, said sentences to run concurrently with another sentence now being served; Remanded. |
| | Sol Z. Rosen, Esq. |
| | GASCH, J.    Rep-Duschaine |
| 71Jan 27 | JUDGMENT AND COMMITMENT, filed (N) GASCH, J. |



BANKS, HENRY W.

GJ ORIG

CRIM 234-70

FORGERY