UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 22 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 70-0234 (TFH) |
| ) | |
| HENRY W. BANKS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pending before the Court is Defendant Henry W. Banks' Motion to Expunge Criminal Record. It is hereby

**ORDERED** that the government shall file a response to the motion within sixty (60) days of the date of this Order. Mr. Banks shall then have thirty (30) days to file any reply.

**SO ORDERED.**

August 22, 2006

Thomas F. Hogan
Chief Judge

Copies to:

Carolyn K. Kolben
United States Attorney's Office
Special Proceedings Division
555 Fourth Street, NW, Room 10-441
Washington, DC 20530

Henry W. Banks
1331 Wilmington Place, S.E., #104
Washington, DC 20032