UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Crim. No. 70-0234 (TFH) |
| ) | |
| **HENRY W. BANKS** ) | |
| Defendant. ) | |

## O R D E R

Upon consideration of defendant's motion to expunge his criminal record, and the United States' Opposition to defendant's motion, and it appearing that the defendant is not entitled to the relief sought,

It is hereby ORDERED that the defendant's motion to expunge his criminal record is hereby DENIED.

```
                                    _____
                                    CHIEF JUDGE THOMAS F. HOGAN
                                    UNITED STATES DISTRICT COURT
                                    FOR THE DISTRICT OF COLUMBIA
```

DATE:

Copies to:

Carolyn K. Kolben, Bar No. 391-156
Assistant United States Attorney
Room 10-441
555 4th Street N.W.
Washington, D.C. 20530
202-514-7280

Henry W. Banks
1331 Wilmington Place, S.E., #104
Washington, D.C.  20032